IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| | : | NO. 11-7572 |
| v. | : | |
| | : | CRIMINAL ACTION |
| RYAN KOO | : | NO. 09-446-06 |

O R D E R

BERLE M. SCHILLER J.

AND NOW, this 19 day of March, 2012, upon careful and independent consideration of the motion to vacate, set aside, or correct sentence, and after review of the Report and Recommendation of the United States Magistrate Judge Jacob P. Hart, *and objections thereto*, it is

ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The motion to vacate, set aside, or correct sentence is DENIED.

3. There is <u>no</u> basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
BERLE M. SCHILLER, J.